IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 MAR -4 AM 11: 22

CLERK J. Hocks
SO. DIST. OF GA.

| | | |
|---|---|---|
| ROLAND ALVIN JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-094 |
| | ) | |
| ANTIONE CALDWELL, Warden; | ) | |
| EDGINALD GIBBONS; KOCHELE | ) | |
| WATSON; FNU HEGG, Lieutenant of Night | ) | |
| Shift; CHAKARRA BRAGG, Chief | ) | |
| Counselor; OFC. S. WILLIAMS, CO II of | ) | |
| Night Shift; ANNETTE GRANISON; | ) | |
| LT. FNU KNIGHT; and LT. FNU | ) | |
| THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of March, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE